UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Wanda Alvarez,
    Plaintiff,
        v.
Bonneville Construction Company, Inc.,
    Defendant.

CASE NUMBER: 98-2115 (HL)

| MOTION |
|---|
| Date Filed: 10/5/99    Docket #7    [x] Plffs [] Defts |
| Title: Plaintiff's Motion to Amend Complaint |
| Opp'n Filed:    Docket # |

| ORDER |
|---|
| The Court grants Plaintiff's Motion to Amend her complaint to add Universal Insurance Company as a defendant. |

Date 10/17/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:    #


