UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Wanda Alvarez,
    Plaintiff,
       v.                                     CASE NUMBER: 98-2115 (HL)
Bonneville Construction Co., Inc.,
    Defendant.

| MOTION |
|---|
| Date Filed: 10/29/99   Docket #11   [ ] Plffs [x] Defts<br>Title: Motion for Enlargement of Time to Oppose Motion for Partial Summary Judgment<br>Opp'n Filed:   Docket # |

| ORDER |
|---|
| Granted. Defendant has until December 1, 1999 to file its opposition to Plaintiff's motion for partial summary judgment. |

Date 11-04-99      HECTOR M. LAFFITTE
                       Chief U.S. District Judge

Rec'd:        EOD:

By:          #