UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Wanda Alvarez,
    Plaintiff,
       v.                                CASE NUMBER: 98-2115 (HL)
Bonneville Construction Company, Inc.,
    Defendant.

## MOTION

Date Filed: 1/13/00    Docket #18    [x] Plffs [] Defts
Title: Plaintiff's Motion for Substitution of Local Counsel
Opp'n Filed:    Docket #

## ORDER

Granted. Francisco M. Lopez-Romo shall be substituted as local counsel for Plaintiff, and the law firm of Indiano, Williams, & Weinstein-Bacal shall be relieved of any further responsibility in this matter.

Date 1-18-00        HECTOR M. LAFFITTE
                          Chief U.S. District Judge


