# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

### MINUTES OF PROCEEDINGS

HONORABLE   HECTOR M. LAFFITTE

COURTROOM DEPUTY: Minerva **FIGUEROA**         DATE: April 18, 2000

COURT REPORTER: N/A                              C IV NO: 98-2115 (HL)

===================================================================

Wanda Alvarez                          Attorneys: Robert Alan Rosenblatt, Esq.


vs.


Bonneville Company, et al              Eduardo Castillo-Blanco, Esq.
===================================================================

Settlement Conference held. The parties are close to settlement and are granted until tomorrow, to notify the Court if settlement is reached. Thereafter, the parties have 10 days to file settlement papers.

                                                  Courtroom Deputy Clerk

Parties to be notified.


