UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Wanda Alvarez,
    Plaintiff,
    V.                                                                          **CRIMINAL NUMBER:** 98-2115 (HL)
Bonneville Construction Company, Inc.,
    Defendant.

## MOTION

Date Filed: 4/27/00    Docket #24    [x] Plffs  [x] Defts
Title: Settlement Stipulation
Opp'n Filed:    Docket #

## ORDER

The Court hereby approves the parties' settlement.

Date 5-1-00        **HECTOR M. LAFFITTE**
                                Chief U.S. District Judge


