IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WANDA ALVAREZ

Plaintiff

vs.                                                CIVIL NO. 98-2115 (HL)

BONNEVILLE CONSTRUCTION COMPANY, INC.

Defendants

## JUDGMENT

The parties, having reached a settlement stipulation wherein defendant Universal Insurance Company agrees to pay to plaintiff Wanda Alvarez the amount of Seven Hundred Eighty Five Thousand Dollars ($785,000.00) without costs and/or assessment of interest or attorneys' fees, and after reviewing the terms of said settlement stipulation, this Court expressly approves the same and accordingly enters judgment thereon in favor of plaintiff Wanda Alvarez against defendants Bonneville Construction Company and Universal Insurance Company for the amount of Seven Hundred Eighty Five Thousand Dollars ($785,000.00) for plaintiffs' personal injuries and all other damages suffered by her as a result of a motor vehicle accident which occurred on November 22, 1995 at or near the intersection of South Main Avenue and Acasia Street, Valle Arriba Heights, Sabana Garden, Carolina, Puerto Rico. The judgment entered herewith is without costs or attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this ___ day of May, 2000.

HECTOR M. LAFFITTE
CHIEF U.S. DISTRICT JUDGE

